of Mr. Colbrook being a good farmer. Is this distrust and disagreement between the parties sufficient to defeat the wishes and desires of the testatrix, Mrs. Gleeson? Is the hostility such that it would interfere with the beneficial administration of the trust? Again, these are questions of fact that were decided by the chancellor, and this court is not disposed to overrule his decision. The judgment of the trial court will be affirmed.

*Affirmed.*

MR. JUSTICE HIBBS took no part in the consideration or decision of this case.

Virginia L. Haste, Appellee, v. Clarence B. Haste, Appellant.

Gen. No. 46,040.   (Abstract of Decision.)

Shulman, Shulman, Abrams & Joseph, and Berkson & Spitzer, and Max Lurie, for appellant; Sprague & Redman, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed November 30, 1953; rehearing denied March 8, 1954; released for publication March 8, 1954.